UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT D. THORSON,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. C18-136 RSM<br><br>MINUTE ORDER STRIKING PETITIONER'S MOTION FOR DEFAULT JUDGMENT AND DISMISSAL OF ALL COUNTS AND CHARGES AGAINST PETITIONER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On April 11, 2018, the Court stayed Petitioners § 2255 Motion pending resolution of Petitioner's direct appeal (Dkt. #10). Accordingly, the Court STRIKES Petitioner's Motion for Default Judgment and Dismissal of All Counts and Charges against Petitioner (Dkt. #11) as MOOT.

DATED this 13th day of April 2018.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
    Deputy Clerk

MINUTE ORDER – 1