UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT D. THORSON, | CASE NO. C18-136RSM |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO AMEND |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on Petitioner's Motion for Leave to Amend § 2255 Petition. Dkt. #15. Petitioner's Motion provides, simply:

> Comes now the Petitioner and moves this Court for leave to amend Petitioner's § 2255 Petition, Pursuant to the Courts [sic] Order filed April 11, 2018. See Dkt. #9.

Dkt. #15.

The Court's April 11, 2018 Order stayed this matter pending resolution of Petitioner's direct appeal. Dkt. #9. The Court subsequently ordered that it would not "consider further filings from Petitioner until the status of Petitioner's direct appeal warrants lifting the stay in this matter." Dkt. #14.

Accordingly, the Court hereby finds and ORDERS that Petitioner's Motion for Leave to Amend § 2255 Petition (Dkt. #15) is DENIED without prejudice. Petitioner, if he so chooses,

ORDER – 1

may file another motion for leave to amend his petition as soon as practical following resolution of his direct appeal.

The Clerk of the Court is directed to mail a copy of this Order to Robert D. Thorson, No. 48042-086, FCI-Sheridan, Federal Correctional Institution, P.O. Box 5000, Sheridan, OR 97378.

DATED this 28 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2