UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT D. THORSON, | CASE NO. C18-136RSM |
| Petitioner, | MINUTE ORDER STRIKING PETITIONER'S MOTION TO AMEND |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On February 19, 2019, Petitioner's Notice to Court and Motion to Amend Under 28 U.S.C. § 2255 (Dkt. #20) was filed with the Court. Therein, Plaintiff provides notice of his request to amend his § 2255 Motion. Dkt. #20. Petitioner's Motion was signed on February 8, 2019 and appears to have been mailed on February 13, 2019. *Id.* at 36–37.

On February 14, 2019, the Court issued an Order Granting Motion to Lift Stay and Setting Briefing Schedule. Dkt. #19. Therein, the Court lifted the stay in this matter and set a briefing schedule providing Petitioner forty-five (45) days from the date of that Order to file an amended petition. *Id.*

MINUTE ORDER – 1

Petitioner's Motion and the Court's Order appear to have crossed paths in transport. Accordingly, the Court STRIKES Petitioner's Notice to Court and Motion to Amend Under 28 U.S.C. § 2255 (Dkt. #20) as moot. Petitioner may file an amended petition in accordance with the briefing schedule set in the Court's previous Order (Dkt. #19).

A copy of this Minute Order shall be mailed to Robert D. Thorson, No. 48042-086, FCI-Sheridan, Federal Correctional Institution, P.O. Box 5000, Sheridan, OR 97378.

DATED this 19 day of February, 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER – 2