UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT D. THORSON,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C18-136 RSM

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Petitioner has filed a second Notice to Court and Motion to Amend Under 28 U.S.C. § 2255 ("Motion to Amend") (Dkt. #22). Petitioner's Motion to Amend appears to lay out language he wishes to include in an amended § 2255 Motion. *Id.* Petitioner's Motion to Amend was signed on February 18, 2019, and not received by this Court until February 28, 2019. *Id.* It is again unclear to the Court whether Plaintiff received a copy of the Court's February 14, 2019 Order Granting Motion to Lift Stay and Setting Briefing Schedule (Dkt. #19) prior to mailing this Motion to Amend. Regardless, the Court has granted Petitioner leave to amend his § 2255 Motion.

**Petitioner is to file, if he so elects and within the time specified in the Court's February 14, 2019 Order, an Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Should Petitioner file an**

MINUTE ORDER

**amended motion, any Amended Motion that Petitioner files will fully replace Petitioner's original § 2255 Motion (Dkt. #1).**

Accordingly, the Court STRIKES Petitioner's Notice to Court and Motion to Amend Under 28 U.S.C. § 2255 (Dkt. #22) as moot.

A copy of this Minute Order shall be mailed to Robert D. Thorson, No. 48042-086, FCI-Sheridan, Federal Correctional Institution, P.O. Box 5000, Sheridan, OR 97378.

DATED this 1st day of March 2019.

                                              WILLIAM McCOOL, Clerk

                                              By: /s/ Paula McNabb
                                                      Deputy Clerk