Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ROBERT D. THORSON,<br><br>Respondent. | NO. CV18-136 RSM<br><br>**ORDER**<br><br>**[PROPOSED]** |

Having reviewed the motion of the United States of America regarding waiver of attorney client privilege and to amend briefing schedule, the response of Robert Thorson, and the reply by the United States, and having considered all of the files and records herein and in CR16-277-RSM, the Court finds that Robert Thorson has waived the attorney-client privilege with respect to the ineffective assistance of counsel claims set forth in his Motion to Vacate, Set Aside or Correct Sentence Pursuant to § 2255. CV18-136-RSM, Dkt. 1 (Grounds for Relief No. 4).

IT IS THEREFORE ORDERED that Stephan Illa may discuss with counsel for the United States any and all issues relating to the ineffective assistance of counsel claims made in Thorson's Motion to Vacate, Set Aside or Correct Sentence Pursuant to § 2255. CV18-136-RSM, Dkt. 1 (Ground for Relief No. Four). Mr. Illa may provide copies of any documents relating to these issues to counsel for the United States. Mr. Illa may

ORDER - 1
CV18-136 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 summarize his responses in a declaration for the Court if he believes that to be
2 appropriate.
3         IT IS FURTHER ORDERED that the current due date for the United States'
4 response to Thorson's 2255 motion is stricken.  The United States' response to Thorson's
5 Motion to Vacate, Set Aside or Correct Sentence Pursuant to § 2255 (CV18-136-RSM,
6 Dkt. 1) is reset to June 28, 2019.

        DATED this _____ day of _____, 2019.


                                        _____
                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE


Presented by:

*Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER - 2
CV18-136 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970