THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON AT SEATTLE.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>RESPONDENT | No CV 18-136 RSM |
| V<br>ROBERT D. THORSON<br>PETITIONER | RESPONSE TO GOVERNMENTS MOTION FOR WAIVER OF ATTORNEY-CLIENT PRIVILEGE. |

PETITIONER OPPOSES THE GOVERNMENTS REQUEST FOR ADDITIONAL TIME TO PREPARE THEIR RESPONSE AND ANY IMPLIED WAIVER OF ATTORNEY-CLIENT PRIVILEGE.

THE PETITIONER HAS NOT IMPLICITLY WAIVED ANY CONSTITUTIONAL RIGHTS EITHER KNOWINGLY OR INTENTIONALLY. THE GOVERNMENT MAY TREAT MR. ILLA AS ANY OTHER WITNESS WITHOUT TRAMPLING UPON THE PETITIONERS CONSTITUTIONAL RIGHTS.

THE GOVERNMENT HAS KNOWN ABOUT THIS PETITION FOR OVER A YEAR AND HAD AMPLE TIME TO ADDRESS THE ISSUES, AND TO INVESTIGATE ANY CLAIMS THEY NEED TO INVESTIGATE.

THERE HAS BEEN A CONSISTANT PATTERN BY THE GOVERNMENT TO DRAG THE PROCEEDINGS OF THIS CASE OUT BEYOND THE OUTER LIMITS OF PROFESSIONAL CURTESY. ALTHOUGH PETITIONER KNOWS JUDGE MARTINEZ WAS A PROSECUTOR HIS ENTIRE CARRER BEFORE BECOMING A JUDGE, AND HAS TAKEN A PERSONAL INTEREST IN THIS CASE BECAUSE OF HIS PERSONAL INTEREST IN ONE OF

RESPONSE TO GOV MOTION - 1

THE PROSECUTORS (MRS. C. GREGSON) SO TENDS TO RULE IN A BIAS MANNER FAVORING THE PROSECUTIONS CASE, THUS, HIS EFFORTS TO BE TREATED FAIRLY IN THIS COURT ARE NEGLIGIBLE, PETITIONER WOULD LIKE IT ENTERED INTO THE RECORD OF THE CASE THAT HE OPPOSES ANY MORE CONTINUANCES JUST AS HE HAS OPPOSED EVERY CONTINUANCE SOUGHT BY THE GOVERNMENT OR BY HIS COUNSEL AGAINST HIS WISHES.

PETITION ALSO REALIZES THAT JUDGE MARTINEZ WILL NOT RISK JEOPARDIZING HIS PURSUIT OF MRS. C. GREGSON BY MAKING ANY RULINGS AGAINST "HER VERY FIRST FEDERAL CASE," THUS, THIS MOTION WILL BE STRUCK AND RULED IN FAVOR OF THE PROSECUTION, PETITIONER JUST WANTS TO ALERT THE COURT THAT IT IS OBVIOUSE WHY THIS COURT IS BIAS-

RESPECTFULLY SUBMITTED THIS 15th DAY OF APRIL 2019

*Robert Thorson*
ROBERT THORSON PRO SE
FCI SHERIDAN #48042086
PO BOX 5000
SHERIDAN OREGON 97378

RESPONSE TO GOV MOTION - 2

ROBERT THOMPSON 48042086
PO SHERMAN
FEDERAL CORRECTION INSTITUTION
P.O. BOX 5000
SHERIDAN OREGON 97378

CASE NO CV 18-136-RSM

◇48042-086◇
U S District Court
700 Stewart ST
Seattle, WA 98101
United States

98101-448805